IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RICHARD LASSITER
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

WEST Tennessee Regional
Forensic Center office of
The Medical Examiner
(Enter above the full name of the defendant
or defendants in this action.)

RECEIVED BY
_____

APR 18 2018

Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

   Plaintiffs: _____

   Defendants: _____

   2. Court (if federal court, name the district; if state court, name the county): Criminal Court of the Shelby County
   3. Docket Number: _____
   4. Name of judge to whom case was assigned: Division #1
   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Pending
   6. Approximate date of filing lawsuit: 3/29/2018
   7. Approximate date of disposition: N/A  May 12TH 2016

-1-

II. Place of Present Confinement: **Shelby County**

A. Is there a prisoner grievance procedure in the institution?
Yes (✓)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓)   No ( )

C. If your answer is Yes:
  1. What steps did you take? **Talked to my Leagel Adviser**
  2. What was the result? **I was told to file this paper work.**

D. If your answer is No, explain why not: _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff **Richard Lassiter**
   Address **201 Poplar Av. Memphis, TN, 38105**

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant **Marco Ross, MD Pathologist** is employed as **MD Pathologist** at **West TN Regional Forensic Center Office of the Medical Examiner**

C. Additional Defendants: **Ashly Cox and Karen E. Chancellor MD**

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

**Marco signed off on a autopsy examination report case number 2016-0569 on Apr. 15th of 2016 and the examination was incomplete. If this autopsy was complete I would have been set free 2 years ago. I gave freely my DNA and the body was never swabed for DNA given the injuries and the cause of death.**

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I WANT JUSTICE

VI. Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 29TH day of MARCH, 2018.

_____
(Signature of Plaintiff/Plaintiffs)

Revised 4/18/08